UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THEODIS BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CV1571 CDP |
| | ) |
| STLCC DIST. BOARD, | ) |
| | ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the Court's dismissal of this action, pursuant to Federal Rule of Civil Procedure 41(b). The Court has reviewed plaintiff's motion for reconsideration and found no grounds for reconsidering the dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this action [Doc. #26] is **DENIED**.

Dated this 7th day of January, 2016.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE