UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THEODIS BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-CV-1571 CDP |
| STLCC DIST. BOARD, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to set aside the judgment in this action, which was entered by this Court on December 29, 2015. The Court has reviewed plaintiff's motion and has found no grounds for setting aside the judgment.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to set aside the judgment in this action [Doc. #47] is **DENIED.**

**IT IS FURTHER ORDERED** that no additional motions shall be filed in this closed case.

Dated this 12th day of March, 2018.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE